Catherine **ALDRIDGE**, Administratix of the estate of Bonnie M. Stigger, for the use and benefit of the estate of Bonnie M. Stigger, and for the use and benefit of the wrongful death of Bonnie M. Stigger; Catherine Aldridge, Plaintiffs–Appellants,

v.

**J.D. LEE; George D. Morgan; Boyd P. Gentry; National Heritage Realty, Inc., formerly known as Southmark Heritage Corp.; Evergreen Healthcare, Inc.; Grancare LLC, formerly known as Grancare, Inc.; Mariner Health Care, Inc., formerly known as Mariner Post–Acute Network, Inc.; Charles W. Francis; John Does, 1 Through 10; and Unidentified Entities 1 through 10; (as to Clinton Health and Rehabilitation Center), Defendants–Appellees.**

No. 03–60932.

United States Court of Appeals, Fifth Circuit.

Decided May 27, 2005.

Francis McRay Turner, III, James B. McHugh, Christine Connely Althoff, Wilkes & McHugh, Hattiesburg, MS, for Plaintiff–Appellant.

Andrew Christopher Clausen, William Robert Lancaster, Alford, Clausen & McDonald, Mobile, AL, for Defendant–Appellee.

---

Before KING, Chief Judge, and BARKSDALE and STEWART, Circuit Judges.

PER CURIAM: *

In the light of *Gray v. Beverly Enterprises, Inc.,* 390 F.3d 400 (5th Cir.2004), the district court's remand-denial and dismissal of Charles W. Francis are **VACATED;** and this matter is **REMANDED** to the district court for remand to state court.

**VACATED and REMANDED**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.